IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ABEA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALCATRAZ CRUISES,<br><br>    Defendant.<br>_____/ | No. C -12-00317 EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING PLAINTIFF TO LEGAL HELP CENTER** |

On March 13, 2012, the Court granted Plaintiff's Application to Proceed In Forma Pauperis, and on March 30, 2012, the Clerk's Office issued a summons to Defendant. This matter is set for a Case Management Conference on May 1, 2012. Because it appears that Defendant has not yet been served, the Court continues the Case Management Conference to June 5, 2012 at 3:00 p.m. Case Management Conference Statements shall be filed no later than May 29, 2012.

If Plaintiff has not already done so, he may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, if he has not done so already. The Handbook is available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San

//

Francisco, CA.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge