**United States District Court**
For the Northern District of California

1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    LUIS A. ABEA,                              No. C -12-00317 EDL

9              Plaintiff,                       **ORDER REFERRING CASE FOR
                                                FURTHER ADR PHONE CONFERENCE**

10      v.

11   ALCATRAZ CRUISES,

12              Defendant.
     _____/

13

14          This matter is referred for a further ADR phone conference, which is scheduled for August 1,

15   2012 at 11:00 a.m.

16          IT IS SO ORDERED.

17   Dated: July 3, 2012                        _Elizabeth D. Laporte_____

18                                              ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28