IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS A. ABEA,

        Plaintiff,

v.

ALCATRAZ CRUISES,

        Defendant.

No. C -12-00317 EDL

**ORDER TO SHOW CAUSE**

In this employment discrimination case, Plaintiff, who is representing himself, filed a form complaint alleging that Defendant unlawfully terminated him. On May 17, 2012, Defendant filed a motion to dismiss, alleging that Plaintiff has failed to state a prima facie case for employment discrimination. On June 26, 2012, the Court issued an order granting Defendant's motion to dismiss with leave to amend. In that Order, the Court stated that: "If Plaintiff fails to file an amended complaint by July 20, 2012, or otherwise fails to prosecute this case, the Court will dismiss this case with prejudice." See June 26, 2012 Order at 3. On July 20, 2012, the Court approved the parties' stipulation to extend time to August 17, 2012 for Plaintiff to file an amended complaint to allow the parties to finalize their settlement agreement. See Docket No. 29.

Plaintiff has failed to file an amended complaint as ordered by the Court. Defendant's counsel has reported to the Court that she attempted to contact Plaintiff to execute the settlement agreement, but he has not responded to her. Accordingly, Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's written response to this Order to Show Cause shall be filed no later than April 22, 2013. A show cause hearing is scheduled for May 7, 2013 at 9:00 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA. It is further ordered that if Plaintiff fails to

file a response to this Order to Show Cause by April 22, 2013, the Court will dismiss this case with prejudice.

IT IS SO ORDERED.

Dated: April 8, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge