1 Charles S. Birenbaum (SBN: 107894)
cbirenbaum@winston.com
2 Jeffrey S. Bosley (SBN: 167629)
jbosley@winston.com
3 Nisha S. Patel (SBN: 268234)
napatel@winston.com
4 WINSTON & STRAWN LLP
101 California Street
5 San Francisco, CA 94111-5802
Telephone: (415) 591-1000
6 Facsimile: (415) 591-1400

7 Attorneys for Defendant
ALCATRAZ CRUISES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LUIS A. ABEA, | ) Case No. c-12-0317-EDL |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | ) |
| ALCATRAZ CRUISES, | ) |
| Defendant. | ) |

STIPULATION

Plaintiff Luis A. Abea and Defendant Alcatraz Cruises, LLC (collectively, the "Parties") entered into a settlement agreement on July 19, 2012 and hereby stipulate to a voluntary dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: 4/9/13

WINSTON & STRAWN LLP

By: _____
Nisha S. Patel
Attorneys for Defendant
ALCATRAZ CRUISES, LLC

Dated: 4/9/13

By: _____
Luis A. Abea
Plaintiff in *Pro Per*

[~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

DATED: April 10, 2013

*Elijah D. Laporte*

Honorable Judge Laporte

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C-12-0317-EDL

SF:343757.1